UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TONY KIM WHITE,<br><br>        Plaintiff,<br><br>        v.<br><br>AIRWAY HEIGHTS CORRECTIONS CENTER, SUPERINTENDENT MAGGIE MILLER-STOUT, C.U.S. RAINESVILLE, SGT. BOLLINGER, C.O CHRISTNER, and C.O. SAWYERS,<br><br>        Defendants. | NO. 2:14-cv-00369-SAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge John T. Rodgers' February 9, 2015 Report and Recommendation, ECF No. 13, recommending that the Motion for Preliminary Injunction and Temporary Restraining Order, ECF No. 4, be denied. No objections have been filed.

After reviewing the Report and Recommendation and relevant authorities, the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety and denies the Motion for Preliminary Injunction and Temporary Restraining Order.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, ECF No. 13, is **ADOPTED** in its entirety.

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

2. Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order, ECF No. 4, is **DENIED**.

3. This Order does not affect the Order to Amend or Voluntarily Dismiss Complaint, ECF No. 12, and all relevant deadlines and obligations remain in place.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel, Plaintiff, and to Magistrate Judge John T. Rodgers.

**DATED** this 3rd day of March 2015.



Stanley A. Bastian
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2