AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

TONY KIM WHITE,

*Plaintiff*

v.

MAGGIE MILLER-STOUT, C.U.S. RAINSVILLE, SGT. BOLINGER, C.O. CHRISTNER, and C.O. SAYWERS,

*Defendant*

Civil Action No. 2:14-CV-00369-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's claims in his First Amended Complaint, ECF No. 16, in the above-captioned matter are DISMISSED without prejudice. See Order Dismissing First Amended Complaint in Part for Failure to State a Claim and in Part for Failure to Exhaust Administrative Remedies, ECF No. 18.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 05/19/2015

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler